EXHIBIT 4

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

SELECT SPORTS GROUP, LLC
2700 POST OAK BLVD
STE 1450
HOUSTON TX 77056

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **191st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **SSG BASEBALL**

Filed in said Court **9th day of February, 2015** against

**SELECT SPORTS GROUP, LLC**

For Suit, said suit being numbered **DC-15-01633,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 17th day of February, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
ARMANDO MENDOZA



---

| ATTY |
|---|

# CITATION

## DC-15-01633

SSG BASEBALL
vs.
SELECT SPORTS GROUP, LLC

ISSUED THIS
17th day of February, 2015

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ARMANDO MENDOZA, Deputy

**Attorney for Plaintiff**
WILLIAM DAVID DUNN
3400 CARLISLE STREET
SUITE 200
DALLAS TX 75204
214-855-0077
DDUNN@DUNNSHEEHAN.COM

DALLAS COUNTY CONSTABLE
FEES          FEES NOT
PAID          PAID

# OFFICER'S RETURN

Case No. : DC-15-01633

Court No.191st District Court

Style: SSG BASEBALL vs. SELECT SPORTS GROUP, LLC

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____ .M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20_____, by delivering to the within named _____

_____ each, in person, a true copy of this Citation

together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was

_____ miles and my fees are as follows: To certify which witness my hand.

      For serving Citation    $_____

      For mileage    $_____    of_____County, _____

      For Notary    $_____    By_____Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of _____, 20_____,

to certify which witness my hand and seal of office.

                                                    Notary Public_____County_____