CAUSE NO. DC-15-01633

SSG BASEBALL, LLC § IN THE DISTRICT COURT OF
PLAINTIFF §
§
v. §
§ DALLAS COUNTY, TEXAS
SELECT SPORTS GROUP, LLC §
DEFENDANT §
§ JUDICIAL DISTRICT

**AFFIDAVIT OF SERVICE**

I, James Bryant, a registered process server in the Supreme Court in and for the State of Texas, do hereby declare the following by declare the following record of attempts in the above styled and action, and am not party to this action. I have personal knowledge of the facts and statements contained herein and each is true and correct. A Copy of the CITATION; ORIGINAL REQUEPETITION AND REQUEST FOR DISCLOSURE came to my hand at 4:07 pm on the 5TH day of March 2015 and was delivered to Select Sports Group, LLC to Matthew Frazier at the following location: 2700 Post Oak Blvd Houston, Texas 77056 on the 12th day of March, 2015 at 1:34 pm

_____
Process Server - James Bryant
SCH0000002199

I, JAMES LEE BRYANT; Address being 13421 CANDLESHADE LANE HOUSTON, TEXAS 77045 I swear to the above as being true and correct.

_____
James Bryant SCH0000002199   Expires 08/31/2015

FILED
2015 MAR 13 AM 10:50
FELICIA PITRE
DISTRICT CLERK
DALLAS CO TEXAS
DEPUTY

EXHIBIT 5